## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Township of Radnor, | : | |
| Appellant | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 1665 C.D. 2019 |
| | : | |
| Goshen Holding Company, Inc. | : | |
| and C.F. Holloway, III | : | |
| | | |
| Township of Radnor | : | |
| | : | |
| v. | : | No. 1691 C.D. 2019 |
| | : | |
| Goshen Holding Company, Inc. and | : | |
| C.F. Holloway, III | : | |
| | : | |
| Appeal of: Jeffrey S. Rosenblum and | : | |
| Leonor R. Rosenblum | : | |

## PER CURIAM                    O R D E R

NOW, September 11, 2020, having considered Appellees' application for reargument/reconsideration, the application is denied.